U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

JAN 0 4 2006

LAWRENCE K. BAERMAN, CLERK
ALBANY

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

IN THE MATTER OF THE APPLICATION OF

MICHAEL R. SCOTT

TO BE ADMITTED TO THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN DISTRICT OF NEW YORK

**ORDER**

05-CV-1291 (NAM / RFT)

---

Upon fulfilling the requirements set for in Local Rule 83.1 of the Northern District of New York, MICHAEL R. SCOTT, is hereby accepted for

- Pro Hac Vice Admission to practice in the United States District Court for the Northern District of New York for the particular case of 05-CV-1291 (NAM/RFT), <u>ADVANSTAR COMMUNICATIONS, INC. v. DIRT MOTOSPORTS, INC.</u>, a <u>Delaware Corporation f/b/a BOUNDLESS MOTOR SPORTS RACING, INC.</u>

**IT IS SO ORDERED**

Dated: 1 / 3 / 06

_____
Magistrate Judge